JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN G., | Case No. CV 20-70-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: August 25, 2020

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge